JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY J.R., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:22-05388 ADS <br><br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is vacated and the matter is remanded for further proceedings.

DATED: December 11, 2023                 /s/ Autumn D. Spaeth
                                   THE HONORABLE AUTUMN D. SPAETH
                                   United States Magistrate Judge